## Business Entity Detail

Data is updated weekly and is current as of Friday, August 06, 2010. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | A & M PROPERTIES, L.P. |
| Entity Number: | 200602100041 |
| Date Filed: | 01/19/2006 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 1435 HUNTINGTON AVENUE STE 210 |
| Entity City, State, Zip: | SOUTH SAN FRANCISCO CA 90480 |
| Agent for Service of Process: | CHARLES M THOMPSON |
| Agent Address: | 201 TAMAL VISTA BLVD |
| Agent City, State, Zip: | CORTE MADERA CA 94925 |

\* Indicates the information is not contained in the California Secretary of State's database.

\* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

## Assessor Inquiry - Main
### Asmt: 472-143-021-000  Feeparcel: 472-143-021-000
### Owner: A M PROPERITES LP

| | | | | | Values | | |
|---|---|---|---|---|---|---|---|
| Situs Address | | 333 CIRBY WY ROSEVILLE 95678 | | | | | |
| NameAddress | | A & M PROPERITES LP C/O THE GARIBALDI CO 3525 W BENJAMIN HOLT DR STOCKTON CA 95219 | | Land | 1,248,480 | | |
| | | | | Structure | 4,265,640 | | |
| Status | Date | ACTIVE | 10/13/1983 | Fixtures | | | |
| Taxability Code | Descr | 001 | BUSINESS OWNERSHIP | Growing | | | |
| | | | | Total L&I | 5,514,120 | | |
| TRA | Base Date | 005-045 | | Fixture RP | | | |
| Creating Doc# | Date | 199119999999 | | MH PP | | | |
| Current Doc# | Date | 2006R0093444 | 08/31/2006 | PP | 26,740 | | |
| Terminating Doc# | Date | | | Exemption | | | |
| Neighborhood C... | Supl Cnt | 0605 | 4 | Net | 5,540,860 | | |
| Asmt Description | | 6.14 A L A CIRBY WOODS | | R/C # | | | |
| Land Use 1 | Land Use 2 | | | TR/Date | | | |
| Zoning 1 | Dwell 1 | | 60 | Status | | | |
| Acres | SqFt | 6.14 | 0 | Description | ENROLLED is BASE YEAR | | |
| SSN1 | SSN2 | - - | - - | | | | |

**Parcel Desc: 6.14 A L A CIRBY WOODS**

| Section | TownShip | Range | 0 | 0 | 0 |
|---|---|---|---|---|---|
| Description | | | 6.14 A L A CIRBY WOODS | | |
| TPZ | Ag Pres | Etal | Bonds | ☐ ☐ ☐ ☐ | |
| Multi ... | 910 MH | Flag 1 | Flag 2 | ☐ ☐ ☐ ☐ | |
| Asmt PP | Tax PP | Appeal | Split | ☐ ☐ ☐ ☐ | |
| Comments | | | FROM 472-143-21 00   08/09/91 RETURNED MAIL | | |

Main | Notes | Ownership Detail | Ownership History | Exemptions | Mfg Homes | Attributes | Value History | Situs | Sales

Ready.                                                                                           dspanos 11/23/2009 3:54:11 PM

PLACER COUNTY, CALIFORNIA

| APN | 472-143-021-000 |
|---|---|
| Address | 333 CIRBY WY, ROSEVILLE |
| Approx. Acres | 6.1567 |
| Community Plan Area | City of Roseville |
| Fire District | ROSEVILLE CITY FIRE |
| School District | ROSEVILLE CITY ELEMENTARY SCHOOL DIST. |
| Supervisor District | BOARD OF SUPERVISORS DIST 1 |



RECORDING REQUESTED BY

Placer Title Company

Escrow Number: 110-4203

**AND WHEN RECORDED MAIL TO**

A & M PROPERITES, L.P., A CALIFORNIA
LIMITED PARTNERSHIP
410 Country Club Dr.
Novato, CA 94949



PLACER, County Recorder
JIM MCCAULEY
**DOC- 2006-0093444**
Acct 2-PLACER TITLE
Thursday, AUG 31, 2006 08:00:00
MIC    $3.00:AUT    $5.00:SBS    $4.00
ROS$5,830.00:REC    $7.00:
Ttl Pd $5,849.00        Nbr-0001534314
                            snh/SH/1-5

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

The undersigned grantor(s) declare(s):
Documentary transfer tax is $5,830.00   City Transfer Tax: $0.00
(X) computed on full value of property conveyed, or
( ) computed on full value less value of liens and encumbrances remaining at time of sale.

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **CIRBY WOODS PARTNERS. L.P., A CALIFORNIA LIMITED PARTNERSHIP AND JOSEPH F. MILLETT, III, TRUSTEE OF THE MILLETT TRUST DATED NOVEMBER 19, 1993 AND DENNIS N. LANTERMAN AND JULIE A. LANTERMAN, HUSAND AND WIFE AS JOINT TENANTS AND BRYAN B. COHEN AND CELIA J. COHEN, HUSBAND AND WIFE AS JOINT TENANTS**

Hereby GRANT(S) to **A & M PROPERITES, L.P., A CALIFORNIA LIMITED PARTNERSHIP**

THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF PLACER, CITY OF ROSEVILLE, AND IS DESCRIBED AS FOLLOWS:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF FOR FULL LEGAL DESCRIPTION**

Dated: August 25, 2006

CIRBY WOODS PARTNERS, L.P., A CALIFORNIA
LIMITED PARTNERSHIP

By: _____
Thomas Levison, General Partner

By: _____
Dennis Lanterman, General Partner

By: _____
Jonathan Andron, General Partner

Joseph F. Millett, III, Trustee of The Millett Trust dated
November 19, 1993

By: _____
Joseph F. Millett, III, trustee

By: _____
Dennis N. Lanterman

By: _____
Julie A. Lanterman

by: __SIGNED IN COUNTERPART__
Bryan B. Cohen

By: __SIGNED IN COUNTERPART__
Celia J. Cohen

**MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE**

**SAME AS ABOVE**

_____
Name                          Street Address                        City & State

Shpkgcm doc (2/2006)

STATE OF CALIFORNIA
COUNTY OF San Francisco

On 8-28-06 before me, Yvette I Carrillo, Notary Public, personally appeared Joseph F. Millett III; Dennis A Latterman; Julie A Latterman; Thomas Levison; Jonathan Andros

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument an acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal.
Signature: _____
Commission Expiration Date: 4-11-09

YVETTE I. CARRILLO
COMM. # 1568361
NOTARY PUBLIC-CALIFORNIA
SAN MATEO COUNTY
COMM. EXP. APRIL 11, 2009

**MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE**

**SAME AS ABOVE**

| Name | Street Address | City & State |
|---|---|---|

Slr-kgcm doc (2/2006)

RECORDING REQUESTED BY

Placer Title Company

Escrow Number: 110-4203

**AND WHEN RECORDED MAIL TO**

A & M PROPERITES, L.P., A CALIFORNIA
LIMITED PARTNERSHIP
410 Country Club Dr.
Novato, CA 94949

SPACE ABOVE THIS LINE FOR RECORDER'S USE

### GRANT DEED

The undersigned grantor(s) declare(s):
Documentary transfer tax is $5,830.00   City Transfer Tax: $0.00
(X) computed on full value of property conveyed, or
( ) computed on full value less value of liens and encumbrances remaining at time of sale.

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, CIRBY WOODS PARTNERS, L.P., A CALIFORNIA LIMITED PARTNERSHIP AND JOSEPH F. MILLETT, III, TRUSTEE OF THE MILLETT TRUST DATED NOVEMBER 19, 1993 AND DENNIS N. LANTERMAN AND JULIE A. LANTERMAN, HUSAND AND WIFE AS JOINT TENANTS AND BRYAN B. COHEN AND CELIA J. COHEN, HUSBAND AND WIFE AS JOINT TENANTS

Hereby GRANT(S) to A & M PROPERITES, L.P., A CALIFORNIA LIMITED PARTNERSHIP

THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF PLACER, CITY OF ROSEVILLE, AND IS DESCRIBED AS FOLLOWS:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF FOR FULL LEGAL DESCRIPTION

Dated: August 25, 2006

CIRBY WOODS PARTNERS, L.P., A CALIFORNIA
LIMITED PARTNERSHIP

By: ___SIGNED IN COUNTERPART___
Thomas Levison, General Partner

By: ___SIGNED IN COUNTERPART___
Dennis Lanterman, General Partner

By: ___SIGNED IN COUNTERPART___
Jonathan Andron, General Partner

by [signature] Bryan B. Cohen

By: [signature] Celia J. Cohen

Joseph F. Millett, III, Trustee of The Millett Trust dated
November 19, 1993

By: ___SIGNED IN COUNTERPART___
Joseph F. Millett, III, trustee

By: ___SIGNED IN COUNTERPART___
Dennis N. Lanterman

By: ___SIGNED IN COUNTERPART___
Julie A. Lanterman

**MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE**

**SAME AS ABOVE**

| Name | Street Address | City & State |
|---|---|---|

Sirplgran.doc (2/2006)

STATE OF: OREGON
COUNTY OF CLACKAMAS

On 8-28-2006 before me, Kim D. Bowman, Notary Public, personally appeared BRYAN B. COHEN AND CEUL J. COHEN

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument an acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal.

Signature: Kim D. Bowman
Commission Expiration Date: July 22, 2008

OFFICIAL SEAL
KIM D. BOWMAN
NOTARY PUBLIC-OREGON
COMMISSION NO. 383030
MY COMMISSION EXPIRES JULY 22, 2008

**MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE**

**SAME AS ABOVE**

| Name | Street Address | City & State |

Page 2 of 3 - 8/25/2006                                                                 O:\Grandeed.doc (4/2002)

Escrow Number: 110-4203

## EXHIBIT "A"
## LEGAL DESCRIPTION

THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF PLACER, CITY OF ROSEVILLE, AND IS DESCRIBED AS FOLLOWS:

ALL THAT PORTION OF THE SOUTHWEST ONE QUARTER OF SECTION 11, TOWNSHIP 10 NORTH, RANGE 6 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE CITY OF ROSEVILLE, ACCORDING TO THE OFFICIAL PLAT THEREOF, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

LOT A, AS SHOWN ON THAT CERTAIN MAP ENTITLED PLAT OF CIRBY WOODS, PARCEL A AND B OF PARCEL MAP RECORDED IN BOOK 3 OF PARCEL MAPS AT PAGE 76, LOCATED IN THE SOUTHWEST 1/4 OF SECTION 11, TOWNSHIP 10 NORTH, RANGE 6 EAST, MOUNT DIABLO BASE AND MERIDIAN, AND RECORDED IN THE OFFICE OF THE RECORDER OF PLACER COUNTY, IN BOOK L OF MAPS, PAGE 1 AND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT FROM WHICH THE NORTH QUARTER CORNER OF SECTION 14, TOWNSHIP 10 NORTH, RANGE 6 EAST, BEARS THE FOLLOWING TWO (2) COURSES AND DISTANCES: (1) SOUTH 00 DEGREES 46 MINUTES 53 SECONDS EAST 42.00 FEET, (2) NORTH 89 DEGREES 03 MINUTES 07 SECONDS EAST 1535.42 FEET; THENCE FROM SAID POINT OF BEGINNING SOUTH 89 DEGREES 03 MINUTES 07 SECONDS WEST 384.57 FEET; THENCE NORTH 00 DEGREES 46 MINUTES 53 SECONDS WEST 693.85 FEET; THENCE NORTH 89 DEGREES 07 MINUTES 07 SECONDS EAST 384.57 FEET; THENCE SOUTH 00 DEGREES 46 MINUTES 53 SECONDS EAST 695.41 FEET TO THE POINT OF BEGINNING AND ALL IMPROVEMENTS LOCATED THEREON.

APN: 472-143-021

Sbpkgcm.dcc (2/2006)