SCOTT N. JOHNSON, ESQ., SBN 166952

DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>A & M Properties, L.P.,<br><br>　　　Defendants | Case No. **10-cv-02229-JAM-DAD(TEMP)**<br><br>**ORDER RE: REQUEST TO WITHDRAW MOTION FOR DEFAULT JUDGMENT** |

　　　IT IS HEREBY ORDERED THAT the Motion for Default Judgment filed May 27, 2011 be and is hereby WITHDRAWN and that the Motion for Default Judgment hearing set for July

PROPOSED ORDER RE REQUEST TO WITHDRAW MOTION FOR DEFAULT JUDGMENT

CIV: S-10-cv-02229-JAM-DAD(TEMP) - 1

8, 2011 at 10a.m. before Magistrate Judge Dale A. Drozd is hereby VACATED.

DATED: July 6, 2011

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

```
dad1:civil
johnson2229.vac
```

PROPOSED ORDER RE REQUEST TO WITHDRAW MOTION FOR DEFAULT JUDGMENT

CIV: S-10-cv-02229-JAM-DAD(TEMP) - 2